IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAMMY L. BONNER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:21cv341-HSO-RPM** |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY** | § | **DEFENDANT** |

## FINAL JUDGMENT

**BEFORE THE COURT** is United States Magistrate Judge Robert P. Myers, Jr.'s Report and Recommendation [15] entered on February 13, 2023. For the reasons given in the Order adopting the Report and Recommendation [15], the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the decision of the Commissioner of Social Security is **AFFIRMED**, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE